HWC

FILED
08 AUG -4 AM 10: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '08 MJ 2404 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Benjamin MARTINEZ-Rivera,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 3, 2008** within the Southern District of California, defendant, **Benjamin MARTINEZ-Rivera,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF AUGUST 2008

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

DOA 8/3/08 ECL

HWC

**CONTINUATION OF COMPLAINT:**
**Benjamin MARTINEZ-Rivera**

## PROBABLE CAUSE STATEMENT

On August 3, 2008, at approximately 5:05 A.M., Border Patrol Agent B. Porter was performing line watch duties near an area known as "Whiskey 15." This area is approximately five miles west of the San Ysidro, California, Port of Entry and is adjacent to the United States/Mexico International Boundary Fence.

Agent Porter responded to a seismic intrusion device activation in his area. Agent Porter with the assistance of an infrared scope operator lead him to an individual in the area hiding. Agent Porter identified himself as a United States Border Patrol Agent and questioned the individual later identified as the defendant **MARTINEZ-Rivera, Benjamin.** The defendant admitted to being a citizen and national of Mexico and that he possessed no immigration documentation permitting him to enter or remain in the United States legally. Agent Porter arrested MARTINEZ and subsequently had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 13, 2005** through **El Paso, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.